# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIENG MAGATTE, | No. 4:26-CV-00597 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

## ORDER

### MARCH 19, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magatte's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** provide Magatte with an individualized bond hearing at which he may present evidence on or before Friday, April 17, 2026. If such a bond hearing is not provided by that date, the Government shall release Magatte on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3. The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge